82,273-01

RECEIVED IN
The Court of Appeals
Sixth District

JAN 1 5 2015

Texarkana, Texas
Debra Autrey, Clerk

1-14-15

Debra K Autrey
BI-State Justice Building
100 N. State Line Avenue #20
Texarkana, Tx. 75501

　　　I am writing in reference to my writ of Habeas Corpus : Re. Ex Billy, Marcy, Cause No. CRO1988-HC-1. Which has come to your court of appeals. I am informing your courts that I am being released from State jail on 1-15-15. My new address that I can informed of my case progress will be 407 North Short St, Clarksville, Tx 75426. My phone # 903-427-1544. Please contact me at this address with information about the progress of my Writ of Habess Corpus. Forward a copy to Courts of criminal Appeals in Austin Texas, P.O. Box 12308, Capitol Station Austin Tx 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

Thank you for your time
Yours truly
Billy Wayne Marcy